IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| George M. Mills,                                    )  | |
|                               ) | C/A No. 3:12-2889-MBS |
|            Plaintiff,     ) | |
|                               ) | |
| vs.                                    ) | **O R D E R** |
|                               ) | |
| Silver Beach Club Ltd, Inc.; Silver       ) | |
| Beach Club Association, Inc.; Meridian   ) | |
| Financial Services, Inc.;Trans Union, LLC;  ) | |
| and Experian Information Solutions, Inc., ) | |
|                               ) | |
|            Defendants.    ) | |

The court having been advised that Plaintiff has settled with Silver Beach Club Association, Inc.,

**IT IS ORDERED** that Plaintiff's claims against Silver Beach Club Association, Inc. are hereby dismissed. If settlement is not consummated within sixty (60) days, any party may petition the court to reopen the action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, any party may within sixty (60) days petition the court to enforce the settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

**IT IS SO ORDERED.**

                                                           <u>s/ Margaret B. Seymour</u>
                                                           Margaret B. Seymour
                                                           Senior United States District Judge

Columbia, South Carolina

June 13, 2013